EMMA LINDEMANN et al., as Temporary Administrators of the Estate of KATHERINE F. LINDEMANN, Deceased, Respondents, v. JOSEPH SCHUESSLER, Appellant, and JOHANNA VON MEYER et al., Respondents.

*Appeal — failure to file notice of appeal within thirty days after permission granted.*

Reported below, 192 App. Div. 955.

(Submitted February 28, 1921; decided March 8, 1921.)

MOTION to dismiss an alleged appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1920, unanimously affirming a judgment in favor of plaintiffs and defendants, respondents, entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground of failure to file the notice of appeal within thirty days after permission to appeal had been optained.

*Edward S. Greenbaum* and *Harry N. Bellinger* for motion.

*Howard R. Bayne* opposed.

Motion denied, without costs, on ground that no appeal was taken or is now pending.